UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-842 JRT/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROY D. KALLBERG,<br><br>Defendant,<br><br>HERMANTOWN FEDERAL CREDIT UNION,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about November 12, 2002.

Defendant has now paid the judgment by compromise. Accordingly,

IT IS HEREBY ORDERED that the Writ of Garnishment served on or about November 12, 2002, is released.

Dated: 11/21/02

Raymond L. Erickson
Magistrate Judge
United States District Court

(11)

FILED NOV 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK